IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ABIOLA TOPE BALOGUN,

CRIMINAL ACTION NO.
1:16-CR-0127-AT

## ORDER

Presently before the Court is the Magistrate Judge's Report and Recommendation ("R&R") recommending that this Court deny Defendant Abiola Tope Balogun's motion to dismiss for pre-indictment delay and motion to dismiss the indictment for failure to satisfy the indictment requirement of the 5th Amendment [Doc. 60]. The Defendant has filed objections to the R&R [Doc. 64].

A district judge has broad discretion to accept, reject, or modify a magistrate judge's proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 680 (1980). Pursuant to 28 U.S.C. § 636(b)(1), the Court reviews any portion of the R&R that is the subject of a proper objection on a *de novo* basis and any non-objected portion on a "clearly erroneous" standard. The Defendant objected on numerous grounds to the Magistrate Judge's Report and Recommendation. Accordingly, the Court has reviewed the record in this case on a de novo basis.

After an independent de novo review of the record, the Court finds that the R&R is correct and that the Defendant's objections lack merit. Accordingly, the Court **OVERRULES** Defendant's objections [Doc. 64]; **ADOPTS** the Magistrate Judge's R&R [Doc. 60]; and **DENIES** Defendant's Motions to Dismiss [Docs. 15, 23, 51].

**IT IS SO ORDERED** this 26th day of February, 2018.

_____
**Amy Totenberg
United States District Judge**